United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory J. Bishop  
    Debtor

Case No. 16-16691-sr  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jan 05, 2017  
                     Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2017.  
db         +Gregory J. Bishop,    112 Bobbie Drive,    Ivyland, PA 18974-1650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2017 at the address(es) listed below:

         CAROL L. KNOWLTON     on behalf of Debtor Gregory J. Bishop cknowlton@gorskiknowlton.com  
         DENISE ELIZABETH CARLON     on behalf of Creditor    JPMORGAN CHASE BANK, N.A.  
          bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         ROBERT H. HOLBER     trustee@holber.com,    rholber@ecf.epiqsystems.com  
         ROBERT H. HOLBER     on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,  
          rholber@ecf.epiqsystems.com  
         THOMAS I. PULEO     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                    : Chapter 7

Gregory J. Bishop                                              : Case No. 16−16691−sr
       Debtor(s)

***ORDER***
_____

    AND NOW, this day , January 5, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

25
Form 195